UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cr-139

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| SIDNEY S. HANSON. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Second Motion to Accept Early Payment of Fine and Restitution. Upon consideration of the Second Motion and the entire record of this case, the Court finds that such early payment is in the interest of justice.

**IT IS, THEREFORE, ORDERED** that the Second Motion is **GRANTED**. Pre-judgment restitution payments totaling $9,650,000 in funds will be accepted by the Clerk of Court in this case, and the funds will be deposited by the Clerk in an interest-bearing account and held for disbursement upon further order of this Court.

Signed: November 29, 2011

Robert J. Conrad, Jr.
Chief United States District Judge